No. 00–6884. SANCHEZ *v.* TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–6885. REYNOLDS *v.* BOOKER, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 00–6886. BABICK *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 00–6892. TIDLUND *v.* MOORE, SUPERINTENDENT, WESTERN MISSOURI CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–6893. THOMASON *v.* WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–6894. WASHINGTON *v.* LOUISIANA STATE BOARD OF PRIVATE SECURITY EXAMINERS. C. A. D. C. Cir. Certiorari denied.

No. 00–6901. JONES *v.* HALEY, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–6903. MILLER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–6904. RUDD *v.* POLSNER ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–6905. SCHEXNAYDER *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–6906. STOKES *v.* FONTENOT ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–6909. GLASS *v.* DOUGLAS ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–6914. HAMMON *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 00–6915. SMITH *v.* FRANK, DEPUTY SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CRESSON. C. A. 3d Cir. Certiorari denied.